IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL B. McGUIRK and | : | CIVIL ACTION |
| JEANNIE E. McGUIRK, | : | |
| Individually and on behalf | : | |
| of their minor children, | : | |
| MICHAEL J. McGUIRK, a minor, | : | |
| and THOMAS C. McGUIRK, a minor, | : | |
| Plaintiffs | : | No. 02-CV-4341 |
| | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE & CASUALTY | : | |
| COMPANY, | : | JUDGE FRANKLIN S. VAN ANTWERPEN |
| Defendant | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Barley, Snyder, Senft & Cohen, LLC by Ronald H. Pollock, Jr., Esquire and Matthew H. Haverstick, Esquire on behalf of Plaintiffs in the above matter.  Kindly serve all papers at 126 East King Street, Lancaster, PA  17602.

BARLEY, SNYDER, SENFT & COHEN, LLC

Dated:_____   By:_____
　　　　　　　　　　　　　　　　　　Ronald H. Pollock, Jr., Esquire
　　　　　　　　　　　　　　　　　　Matthew H. Haverstick, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　　　　126 East King Street
　　　　　　　　　　　　　　　　　　Lancaster, PA  17602-2893
　　　　　　　　　　　　　　　　　　(717) 299-5201
　　　　　　　　　　　　　　　　　　Court I.D. No. 52586
　　　　　　　　　　　　　　　　　　Court I.D. No. 85072

MHH/1128095.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Entry of Appearance was served this _____ day of _____, 2002, by first class mail, postage prepaid, upon the following:

>Lee E. Ullman, Esquire
>Forry, Ullman, Ullman & Forry, P.C.
>540 Court Street
>P.O. Box 542
>Reading, PA  19603

>BARLEY, SNYDER, SENFT & COHEN, LLC

>By:_____
>Ronald H. Pollock, Jr., Esquire
>Matthew H. Haverstick, Esquire
>Attorneys for Plaintiffs

>126 East King Street
>Lancaster, PA  17602-2893
>(717) 299-5201
>Court I.D. No. 52586
>Court I.D. No. 85072

MHH/1128095.1