IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McGUIRK and JEANNIE E. McGUIRK, Individually and on behalf of their minor children, MICHAEL J. McGUIRK, a minor, and THOMAS C. McGUIRK, a minor | : : : : : | CIVIL ACTION |
| v. | : : | |
| STATE FARM FIRE & CASUALTY COMPANY | : | NO. 02-4341 |

ORDER

AND NOW, this 27th day of November, 2002, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint filed October 11, 2002 and Plaintiffs' Memorandum in Opposition thereto filed November 25, 2002, it is hereby ORDERED that the motion is DENIED without prejudice to the right of Defendant to move for summary judgment when discovery is complete.

BY THE COURT

_____
Franklin S. Van Antwerpen, U.S.D.J.