IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL B. McGUIRK and<br>JEANNIE E. McGUIRK,<br>Individually and on behalf<br>of their minor children,<br>MICHAEL J. McGUIRK, a minor,<br>and THOMAS C. McGUIRK, a minor,<br>Plaintiffs | : <br>: <br>: <br>: <br>: <br>: <br>: | CIVIL ACTION<br><br><br><br><br><br>No. 02-CV-4341      FILED SEP 19 2003 |
| v. | : | |
| STATE FARM FIRE & CASUALTY<br>INSURANCE COMPANY,<br>Defendant | : <br>: <br>: | JUDGE FRANKLIN S. VAN ANTWERPEN |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed between all counsel of record that all claims against Defendant State Farm Fire & Casualty Insurance Company should be marked as voluntarily discontinued and dismissed with prejudice.

Dated: 9-12-03

BARLEY SNYDER, SENFT & COHEN, LLC

By: _____
Ronald H. Pollock, Jr., Esquire
Matthew H. Haverstick, Esquire
Attorneys for Plaintiffs

126 East King Street
Lancaster, PA 17602-2893
(717) 299-5201

Dated: 9/15/03

FORRY, ULLMAN, ULLMAN & FORRY, P.C.

By: _____
Lee E. Ullman, Esquire
Attorneys for Defendant

540 Court Street
P.O. Box 542
Reading, PA 19603
(610) 777-5700

MHH/1204536.1